UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
NOV 28 2018
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | §<br>§ |
| v. | §    CRIMINAL NUMBER |
| JOSE LUIS MATA | §<br>§    C-18-1320 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about November 7, 2018, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSE LUIS MATA,

did knowingly and in reckless disregard of the fact that Wilmer Roberto Enamorado-Leiva was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

COUNT TWO

On or about November 7, 2018, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSE LUIS MATA,

did knowingly and in reckless disregard of the fact that Hector Yasmin Perdomo-Caballero was an alien who had come to, entered, and remained in the United States in violation of law,

transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

> A TRUE BILL:
> ORIGINAL SIGNATURE ON FILE
> FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature]*
DAVID PAXTON
Assistant United States Attorney