United States District Court
Southern District of Texas
**ENTERED**
September 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 2:18-cr-1320 (1) |
| JOSE LUIS MATA | § § | |

## ORDER

The Court has considered the Defendant's Motion for Continuance (Dkt. No. 32),

IT IS ORDERED:

The Defendant's motion is GRANTED and the Sentencing Hearing is hereby reset for

October 16, 2019 at 4:00 p.m.

So Ordered.

SIGNED this 16th day of September, 2019.

JOHN D. RAINEY
SENIOR UNITED STATES DISTRICT JUDGE